FILED by __TM__ D.C.
ELECTRONIC
Aug 16, 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**12-80151-CR-MIDDLEBROOKS-W/BRANNON**

Case No.: _____

18 U.S.C. § 2251(a)

UNITED STATES OF AMERICA,

vs.

**FRANK JOSEPH SMITH,**

        Defendant,

_____ /

## INDICTMENT

THE GRAND JURY CHARGES THAT: November 28, 2011 CA 8/16/12

From on or about ~~January 31~~ (2012) and continuing through on or about August 3, 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANK JOSEPH SMITH,**

did use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials, that is, an Apple I Phone, that had been mailed, shipped, and transported in interstate

and foreign commerce, by any means, all in violation of Title 18, United States Code, Section 2251(a) and (e).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| **FRANK JOSEPH SMITH,** | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division:** (Select One)

___ Miami    ___ Key West             New Defendant(s)            Yes ___   No ___
___ FTL    _X_ WPB    ___ FTP         Number of New Defendants  ___
                                      Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _NO_
   List language and/or dialect ___

4. This case will take   _5_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days        _X_         Petty      ___
   II   6 to 10 days       ___         Minor      ___
   III  11 to 20 days      ___         Misdem.    ___
   IV   21 to 60 days      ___         Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   _Yes_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _YES_
   If yes:
   Magistrate Case No.   12-8311-DLB
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   8-3-2012
   Defendant in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 095044

*Penalty Sheet(s) attached                                                       REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   FRANK JOSEPH SMITH

Case No: _____

Count 1:

Production of Child Pornography

Title 18, United States Code, Section 2251(a)

*__Max. Penalty:__  30 Years' Imprisonment; Lifetime Supervised Release; and a $250,000 Fine

# BOND RECOMMENDATION

__FRANK JOSEPH SMITH__
Defendant

PRETRIAL DETENTION is recommended as to defendant.

_____
A. LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY