UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-80151-Cr-Middlebrooks/Brannon

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANK JOSEPH SMITH,

    Defendant.
_____/

FILED by ___ D.C.
AUG 29 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **DAVE LEE BRANNON** on **AUGUST 29, 2012**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: **IN CUSTODY**

         Prisoner#

         Language **ENGLISH**

         Telephone no.:

**DEFENSE COUNSEL:**    Name: **STUART KAPLAN**

         Address: **3399 PGA BOULEVARD, SUITE 180**

         **PALM BEACH GARDENS, FLORIDA 33410**

         Telephone no.: **(561) 296-7900**

BOND/SET/CONTINUED: $ **PTD/STIP (JMH)**

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this __29th__ day of __AUGUST__, 2012.

STEVEN M. LARIMORE, CLERK OF COURT

By: _____
Deputy Clerk

c: Courtroom Deputy, District Judge
United States Attorney
Defense Counsel
United States Pretrial Service