IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12CR 80151 DMM

UNITED STATES OF AMERICA,

vs.

FRANK JOSEPH SMITH

    Defendant.
_____/

## MOTION TO CONTINUE IN THE INTEREST OF JUSTICE

Defendant, FRANK JOSEPH SMITH, by and through the undersigned counsel and states as follows:

1. This case is currently set for sentencing hearing before the Court on January 3, 2013.

2. In an effort to not waste judicial resources, and given the complexity of this case and the ongoing cooperation as well as the issue of a possible variance in sentencing, it is respectfully submitted that the sentencing date of January 3, 2013 be postponed until March, 2013.

3. Counsel for the Defendant has conferred with AUSA Lothrop Morris and he has no objection to the filing of this motion.

WHEREFORE, Defendant FRANK JOSEPH SMITH, respectfully requests the sentencing date of January 3, 2013 be postponed to March, 2013.

RESPECTFULLY SUBMITTED BY:

By: */s/ Stuart N. Kaplan*
STUART N. KAPLAN, ESQUIRE

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 5th day of December, 2012, was electronically filed the foregoing document with the Clerk of Court using CM/ECF.

               KAPLAN & SCONZO, P.A.
               PGA Financial Plaza
               3399 PGA Boulevard, Suite 180
               Palm Beach Gardens, Florida 33410
               Telephone: (561) 296-7900
               Facsimile: (561) 296-7919

               By: */s/ Stuart N. Kaplan*
               STUART N. KAPLAN, ESQUIRE
               Florida Bar No.: 0647934