UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80151-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

FRANK JOSEPH SMITH,
    Defendant(s).
_____/



## ORDER RE: RESTITUTION

After entering a plea of guilty to a count of production of child pornography, Mr. Smith was sentenced to a term of 240 months imprisonment. A restitution hearing was scheduled for a later date to allow the Government time to ascertain victim losses. The restitution hearing was conducted on April 4, 2013. The Court heard from Government witnesses, including the mother of one of the victims.[1] Despite the testimony, the Government did not produce adequate evidence to establish any victim losses. Given the lack of evidence, and for the reasons stated on the record, the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that restitution is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this ___ day of May, 2013.

                                      DONALD M. MIDDLEBROOKS
                                      UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

---

[1] This witness appeared by phone. The Government was prepared to bring her to Court, but she was unable to attend due to illness. Though not sworn, the Court permitted her to participate and she voiced her views in several instances.